UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) CR NO. 403-00126-001
)
KENNETH E. DAVIS, )
)
Defendant. )

## SATISFACTION OF JUDGMENT

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Full satisfaction is hereby acknowledged of that certain judgment entered on March 25, 2004, in favor of the United States of America, against the above-named defendant. The clerk is hereby authorized and directed to enter full satisfaction of record in this action.

This 25th day of October, 2005.

LISA GODBEY WOOD
UNITED STATES ATTORNEY

James L. Coursey, Jr.
Assistant United States Attorney
Chief, Financial Litigation
Georgia Bar No. 190602

P.O. Box 8970
100 Bull Street
Savannah, GA 31412
(912) 652-4422

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Satisfaction of Judgment have been deposited via first-class mail, via postage paid envelope and addressed to:

Kenneth E. Davis
631 Seiler Avenue
Savannah, GA 31401

This 25th day of October, 2005.

James L. Coursey, Jr.
Assistant United States Attorney
Chief, Financial Litigation
Georgia Bar No. 190602
P.O. Box 8970
100 Bull Street
Savannah, GA 31412
(912) 652-4422